UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| WHITE REALTY AND SERVICE CORPORATION, | | |
| Plaintiff, | | |
| v. | | No. 3:22-cv-00170 |
| ECP-PF:TN OPERATIONS, LLC, NATIONAL CASUALTY COMPANY, HARTFORD UNDERWRITERS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, and ASHLEY KAITLYN GRAGG, | | |
| Defendants. | | |

**NOTICE OF SERVICE OF DEFENDANT SUED AS ECP-PF:TN OPERATIONS, LLC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF WHITE REALTY AND SERVICE CORPORATION AND FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF**

COMES NOW, Defendant ECP-PF Holdings, LLC (Planet Fitness), incorrectly sued as ECP-PF:TN Operations, LLC, by and through counsel, and hereby gives notice to the Court that *Defendant ECP-PF Holdings, LLC's First Set of Interrogatories and Requests for Production of Documents to Plaintiff White Realty and Service Corporation* and *First Set of Requests for Admissions to Plaintiff* were served via U.S. Mail and electronic mail to all counsel of record on April 21, 2023.

Respectfully submitted by:

/s/ Andrew N. Firkins
Clint J. Woodfin (BPR# 016346)
Andrew N. Firkins (BPR# 033982)
*Attorneys for Defendant ECP-PF Holdings, LLC*
Spicer Rudstrom, PLLC
800 South Gay Street, Suite 1400
Knoxville, TN 37929
Phone: (865) 244-4663
Facsimile: (865) 673-8972
Email: cwoodfin@spicerfirm.com
afirkins@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, a copy of the foregoing notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Andrew N. Firkins
Andrew N. Firkins (BPR# 033982)